MARCH 7, 1960

**No. 63948.**—J. E. Bernard & Company, Inc. *v.* United States, protests 321098–K/9267, 321109–K/9283, and 322735–K/9246.— Plaintiff's application for rehearing denied.

BEFORE THE THIRD DIVISION, MARCH 14, 1960

**No. 63949.**—Alexanders Dept. Stores, Inc., et al. *v.* United States, protests 59/102, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that the case or cases, reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the case or cases of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 63950.**—Baltic Trading Co., Ltd., et al. *v.* United States, protests 59/4567, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 8 percent of the contents of the tins, whereas there should have been an allowance of 12 percent. In accordance with stipulation of counsel and following *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C.D. 358), the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 12 percent of the contents of each tin.

**No. 63951.**—Ellyda Imports, Inc. *v.* United States, protest 59/19395 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely by virtue of section 514 of the Tariff Act of 1930.